1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  ELLINOR R. CODER, CA 258258
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (510) 970-4814
         Facsimile: (415) 744-0134
7        E-Mail: Ellinor.Coder@ssa.gov
   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:22-cv-00928-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 15)** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: January 19, 2023         /s/ Laura Krank*
                                JONATHAN OMAR PENA
                                Attorney for Plaintiff
                                *Authorized via e-mail on Jan. 19, 2023

Dated: January 19, 2023         PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Social Security Administration

                         By:    /s/ Ellinor R. Coder
                                ELLINOR R. CODER
                                Special Assistant United States Attorney

                                Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 15), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated:  **January 19, 2023**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE